# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eddricco Li'shaun Brown-Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00188-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Milton Oliver Fletcher | ) | |
| State of NC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 10, 2019 Order.

December 10, 2019

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court